## CRIMINAL DOCKET

| | | |
|---|---|---|
| HOUSTON DIVISION | United States Courts Southern District of Texas FILED | No.    **4:23-cr-00321** |
| USAO Number: 2023R04496 | | |
| Magistrate Number: | | |
| CRIMINAL INDICTMENT | Filed: *July 26, 2023* | Judge: Hanen, Andrew S |
| | Nathan Ochsner, Clerk of Court | |

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

| | |
|---|---|
| ALAMDAR S. HAMDANI, USA | (713) 567-9000 |
| ANNA SWANSON, AUSA | (713) 567-9000 |

JOSE RAMON HERNANDEZ-REYES

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |

**Charge**    Ct. 1: Illegal Reentry After Deportation, Following Conviction For a Felony Offense [8 USC §§ 1326(a) & (b)]

(Total) (Counts) (1)

## PENALTY:

Ct. 1: Not more than 20 years imprisonment; not to exceed $250,000 fine, 3 years SRT; $100 SA

☑ In Jail 216 075 479    TDCJ Huntsville
815 12th Street
Huntsville, Texas 77348

NAME & ADDRESS of Surety:

☐ On Bond

☐ No Arrest

## PROCEEDINGS: