### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*July 26, 2023*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.** |
| | § | |
| **JOSE RAMON HERNANDEZ-REYES** | § | |
| | § | |
| **Defendant.** | § | **4:23-cr-00321** |
| | § | |

### NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

COMES NOW the United States of America, by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and files this notice to inform the court that the attorney in charge for the above-captioned matter is Anna Swanson, Assistant United States Attorney. All notices and communications (including those transmitted by the ECF system) should be directed to the undersigned.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: _____
ANNA E. SWANSON
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax