# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | **Criminal No.** |
| **JOSE RAMON HERNANDEZ-REYES** | § § | |
| **Defendant.** | § § | |

**4:23-cr-00321**

### Order for Issuance of Bench Warrant

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
JOSE RAMON HERNANDEZ-REYES

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED on    July 26 , 2023

_____
UNITED STATES MAGISTRATE JUDGE