UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00321 |
| | § | |
| Jose Ramon Hernandez–Reyes | § | |

# Notice of Referral of Motion to Magistrate Judge

    Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Yvonne Y. Ho to hear and determine the motion(s) identified below:

Sealed Event – #26

Date: May 19, 2025.

                                             Nathan Ochsner, Clerk

                                             By: Joan Davenport
                                                  Deputy Clerk